# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00350-CV

**In re Lance E. Diorio**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus is denied.

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   April 2, 2008